

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**KEEGAN B. SAPP**
ASSOCIATE
(516) 357-3320
Keegan.Sapp@rivkin.com

December 6, 2019

<u>VIA ECF</u>

Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   Jose Mario Perez, Jr. v. 33rd Street Investors I LLC., et al
            <u>Docket No.: 1:19-cv-01392(ALC)(RWL)</u>

Dear Judge Lehrburger:

    The law firm of Rivkin Radler, LLP is counsel to 33rds Street Investors I LLC ("33rd Street Defendants) in connection with the above-captioned litigation.

    We write pursuant to Your Honor's Individual Practices, Section I.F. to respectfully request an extension of time to complete mediation from December 6, 2019 to February 12, 2020. The reason for this request is that the Parties agree that an expert report and site inspection will aid in settlement discussions. This additional time will permit the Parties to conduct a site inspection and prepare an expert report prior to mediation. There have been no other requests to extend the deadline to mediate. All Parties consents to this extension.

                        Respectfully submitted,

                        RIVKIN RADLER LLP

                        /s/

                        Keegan B. Sapp

cc: All counsel (by ECF)

4646537-1