

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**KENNETH A. NOVIKOFF**
PARTNER
(516) 357-3110
Kenneth.Novikoff@rivkin.com

April 14, 2020

**VIA ECF**

Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007

      Re:   <u>Jose Mario Perez, Jr. v. 33rd Street Investors I LLC, et al.</u>
            Docket No.: 1:19-cv-01392 (ALC)(RWL)

Dear Judge Lehrburger:

    The law firm of Rivkin Radler, LLP is counsel to the landlord of the subject premises, 33rd Street Investors I LLC ("33 Street Defendant").

    We write pursuant to Your Honor's Order Dated April 13, 2020, and in response to Plaintiff's letter motion to compel Wattle Café LLC to respond to Plaintiff's First Set of Document Demands and Interrogatories (collectively referred herein as "Demands").  Our client, 33rd Street Defendant/landlord served its' responses to Plaintiff's Demands on January 10, 2020.  Accordingly, Plaintiff directed the letter motion at Levin-Epstein & Associates, counsel to the tenant Wattle Café Defendant.  33rd Street Defendant remains open to discussing an early resolution to this matter.

    Thank you for your time and attention to this matter.

                                  Respectfully submitted,

                                  RIVKIN RADLER LLP

                                  /s/

                                Kenneth A. Novikoff

cc: All counsel (by ECF)

4803081-1