UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

JOSE MARIO PEREZ, JR.,                              :
                                                    :
                              Plaintiff,            :
                                                    :
              - against -                           :
                                                    :
33RD STREET INVESTORS I LLC AND                     :
WATTLE CAFÉ LLC,                                    :
                              Defendants.  :
--------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED: 4/15/2020

19-cv-1392 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

In light of subsequent correspondence from the parties (Dkts. 41-43), Plaintiff's motion for a Local Rule 37.2 Conference (Dkt. 39) is hereby denied as moot without prejudice and the deadline for parties to complete mediation is hereby extended from April 12, 2020 to May 15, 2020.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 15, 2020
       New York, New York