```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOSE MARIO PEREZ, JR.,

                    Plaintiff,

    - against -

33RD STREET INVESTORS I LLC AND
WATTLE CAFÉ LLC,

                   Defendants.
----------------------------------------------------------------X

19-cv-1392 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Defendants' request for an extension of expert discovery is denied. (Dkt. 45.) Aside from the fact that the request was made after the deadline for expert discovery had passed, the reason given for the request -- inability of experts to inspect the premises -- cannot be squared with Defendants' previous assertions. Specifically, according to Defendants' letter dated March 9, 2020 requesting a previous extension (which was granted), site inspections had already taken place and "Defendant's expert is in the process of compiling its findings in the form of a written report." (Dkt. 36.) For the same reason, Defendants' request to stay all existing deadlines sine die pending reopening of the premises is also denied.

                                                        SO ORDERED.

                                                       _____
                                                       ROBERT W. LEHRBURGER
                                                       UNITED STATES MAGISTRATE JUDGE

Dated: May 12, 2020
        New York, New York