USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSE MARIO PEREZ, JR.,

                            Plaintiff,

     - against -

33RD STREET INVESTORS I LLC AND
WATTLE CAFÉ LLC,

                           Defendants.
-------------------------------------------------------------X

19-cv-1392 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Plaintiff has applied to compel Defendants to mediate (Dkt. 49) as previously ordered by the Court (Dkt. 29). Defendants have not responded within the time frame provided by this Court's individual rules. Accordingly, if Defendants intend to respond, they shall do so no later than May 22, 2020. Absent a response, the Court will issue an order to compel Defendants to schedule and appear for mediation.

                                    SO ORDERED.

                                    _____
                                    ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE

Dated: May 20, 2020
       New York, New York