```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/9/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSE MARIO PEREZ, JR.,                          :
                                                :
                          Plaintiff,            :        19-cv-1392 (ALC) (RWL)
                                                :
              - against -                        :
                                                :        **ORDER**
33RD STREET INVESTORS I LLC AND                 :
WATTLE CAFÉ LLC,                                :
                          Defendants.  :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

A telephonic discovery conference in this matter is hereby set for **June 22, 2020 at 11:30 a.m.**  The parties are directed to call (888) 398-2342 and enter access code 9543348 at that time.  The parties are further directed to review and adhere to Judge Lehrburger's individual rules and practices.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 9, 2020
          New York, New York