USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/18/20__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**JOSE MARIO PEREZ, JR.,**

                     **Plaintiff,**

    -against-

**33RD STREET INVESTORS I LLC, ET AL,**

                    **Defendants.**

**19-cv-1392(ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties should submit a joint status report by June 24, 2020.

**SO ORDERED.**

Dated:  June 11, 2020
         New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**