```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE MARIO PEREZ, JR.,

                           Plaintiff,

      - against -

33RD STREET INVESTORS I LLC AND
WATTLE CAFÉ LLC,

                         Defendants.
-----------------------------------------------------------------X

19-cv-1392 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Defendant Wattle Café ("Wattle") failed to appear for the discovery conference scheduled and held with the other parties on June 22, 2020 at 11:30 a.m. The purpose of the conference was to discuss Wattle's failure to comply with discovery and to meet and confer with Plaintiff. Accordingly, by Friday, June 26, 2020, Wattle shall provide (in writing) Plaintiff with at least three dates and times during the week of June 29, 2020 when it is available to engage in a good faith meet and confer regarding Plaintiff's still-unanswered discovery requests. Failure to comply with this order may result in sanctions including, but not limited to, striking of Wattle's answer.

                          SO ORDERED.

                          _____
                          ROBERT W. LEHRBURGER
                          UNITED STATES MAGISTRATE JUDGE

Dated: June 22, 2020
       New York, New York