```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JOSE MARIO PEREZ, JR.,                                 :
                                                       :          19-cv-1392 (ALC) (RWL)
                              Plaintiff,               :
                                                       :
       - against -                                     :          **ORDER**
                                                       :
33RD STREET INVESTORS I LLC AND                        :
WATTLE CAFÉ LLC,                                       :
                                                       :
                              Defendants.              :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By September 21, 2020, the parties shall file a joint letter briefly updating the Court on the status of mediation of the instant dispute.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   September 11, 2020
         New York, New York

Copies transmitted to all counsel of record.