UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSE MARIO PEREZ, JR.,                          :
                                                :
                            Plaintiff,          :
                                                :
              - against -                        :
                                                :
33RD STREET INVESTORS I LLC AND                 :
WATTLE CAFÉ LLC,                                :
                            Defendants.  :
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/21/2020

19 Civ. 1392 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

No later than September 28, 2020, the parties shall meet and confer and file a letter proposing a schedule for the remainder of the litigation.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:      September 21, 2020
            New York, New York

Copies transmitted to all counsel of record.