```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE MARIO PEREZ, JR.,                          :
                                                :       19-CV-1392 (ALC) (RWL)
                        Plaintiff,              :
                                                :
        - against -                             :       **ORDER**
                                                :
33RD STREET INVESTORS I LLC and                 :
WATTLE CAFÉ LLC,                                :
                                                :
                        Defendants.             :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By December 15, 2020, Defendants shall file a properly sworn statement from someone with personal knowledge to substantiate the representations that Wattle Cafe is no longer operating, no longer leases the premises at issue, and has no plans to return to the premises or sign a new lease there.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:      December 8, 2020
            New York, New York

Copies transmitted to all counsel of record.