# PARKER HANSKI LLC

40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
Contact@ParkerHanski.com

December 22, 2020

Via ECF
The Honorable Robert W. Lehrburger
United States Magistrate Judge
United States District Court

    **Re:**    *Jose Mario Perez, Jr. v. 33rd Street Investors I LLC and Wattle Cafe LLC*

        **Docket No. 1:19-cv-01392-(ALC) (RWL)**

Dear Judge Lehrburger:

    We represent the plaintiff in the above-entitled action. Pursuant to Your Honor's Order of December 15, 2020 (ECF Document #72), we write to inform the Court that plaintiff takes no position concerning whether "this case should not be dismissed as moot."

    Thank you for your time and attention to this matter. With kindest regards, I am

        very truly yours,

        /s/
        Glen H. Parker, Esq.